Community Council of Black Communities of
BAZAN-BOCANA

Certificate of Good Neighbor

The board of the community council of the ethnic community of Bazán Bocana and in exercise of its powers under the law 70/93 and Decree 1745/95

CERTIFIES

The citizen John Edward Rosales Caicedo identified with the identity card # 14474259 Buenaventura, is native to the ethnic territory of Bazán Bocana and throughout his life in the community has stood out with excellent behavior with his neighbors, family and friends, and there does not exist in the records of the community council any call of attention for conduct that goes against our principles of coexistence established in the rules of procedure, as head of family he has a home that consists of his wife and three minor children, has always worked as a driver of marine transport in Buenaventura Bocana, and practices fishing activity to bring livelihood to his home, his three children; besides being minors, need the warmth and guidance of their father, and their ages are: 8 years, 6 years, and 11 months old.

Given in the Community Council of Bazán Bocana on 09-01-2015

Cordially

Board of Community Council of Bazán - Bocana

Collective Property Title 00664 of April 07/05 INCODER
Tel.: 317 4719860 – E-mail consejobocana@hotmail.com – BAZAN – BOCANA – BUENAVENTURA – VALLE
Web: www.labocana.net

## Community Council of Black Communities of BAZAN-BOCANA

Nit. 835.000.710-0

| | |
|---|---|
| Gabriel Quintero<br>16.492.053<br>President | Inez Edith Alegria<br>38.471.369<br>Vice-President |
| Wilfredo Campaz<br>16.487.249<br>Treasurer | Clara Ines Toloza<br>66.935.102<br>Secretary |
| Marlenny Lizalda<br>66.736.733<br>Member | Luis Alberto Ramirez<br>17.901.362<br>Member |
| Ennier Cuero<br>1.006.188.094<br>Deputy Treasurer | Hugo Alberto Barona<br>16.484.629<br>Legal Representative |

Collective Property Title 00664 of April 07/05 INCODER
Tel.: 317 4719860 – E-mail consejobocana@hotmail.com – BAZAN – BOCANA – BUENAVENTURA – VALLE
Web: www.labocana.net

# CONSEJO COMUNITARIO DE COMUNIDADES NEGRAS DE
# BAZAN - BOCANA
### NIT. 835.000.710-0

## CERTIFICADO DE BNUENA VECINDAD

La junta directiva del consejo comunitario de la comunidad étnica de Bazán Bocana e en uso de sus facultades que le otorga la ley 70/93 y el decreto 1745/95

### CERTIFICA

Que el ciudadano jhon ewar Rosales Caicedo identificado con la cedula de ciudadanía # 14474259 de Buenaventura, es nativo del territorio étnico de Bazán-Bocana y durante toda su vida en comunidad se ha destacado por un excelente comportamiento con sus vecinos, familiares y amigos y que no existe en los registros del consejo comunitario ningún llamado de atención por conducta que vaya en contra de nuestros principios de convivencia establecidos en el reglamento interno, como padre de familia tiene un hogar constituido por su esposa y tres hijos menores de edad, siempre ha trabajado como motorista de transporte marítimo Buenaventura Bocana y ejerce actividad de pesca para llevar el sustento a su hogar, sus tres hijos ;además de ser menores de edad necesitan el calor y la orientación de su padre ya que sus edades son: 8 años, 6 años, y 11 meses.

Dado en el consejo comunitario de Bazán Bocana a los días 01-09-2015

Cordialmente

Junta directiva del consejo comunitario de Bazán – Bocana

Titulo de Propiedad Colectiva 00664 de Abril 07/05 INCODER
Cel.: 317 4719860 - E-mail: consejobocana@hotmail.com - BAZAN - BOCANA - BUENAVENTURA - VALLE
Web: www.labocana.net



# CONSEJO COMUNITARIO DE COMUNIDADES NEGRAS DE
# BAZAN - BOCANA
### NIT. 835.000.710-0

*Gabriel Quintero*

Gabriel quintero

16.492.053

Presidente

*[firma]*

luz Edith alegría

38.471.369

vicepresidenta

*Wilfredo Campaz*

Wilfredo campaz

16.487.249

Tesorero

*[firma]*

clara Inés toloza

66.935.102

secretaria

*Marleny Lizalda*

Marlenny lizalda

66.736.733

Vocal

*[firma]*

Luis Alberto Ramírez

17.901.362

Vocal

*Enier cuero*

Ennier cuero

1.006.188.094

Suplente tesorería

*Hugo Alberto Barona*

Hugo Alberto Barona

16.484.629

Representante legal

Titulo de Propiedad Colectiva 00664 de Abril 07/05 INCODER
Cel.: 317 4719860 - E-mail: consejobocana@hotmail.com - BAZAN - BOCANA - BUENAVENTURA - VALLE
Web: www.labocana.net